**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:
Douglas A. Knutson
Stephanie J. Knutson,
Debtors.

Case No.: 25-42171
Chapter: 13

---

# NOTICE OF HEARING AND MOTION

---

TO: THE DEBTORS AND OTHER ENTITIES SPECIFIED IN LOCAL RULE 9013-3:

1. Douglas and Stephanie Knutson move the Court for the relief requested below and give notice of hearing.

2. The Court will hold a hearing on this motion on August 20, 2026, at 9:00 am. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov(link sends e-mail) or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. The Court has jurisdiction over this motion pursuant to 28 USC §§ 157 and 1334, FRBP 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 13 case was filed on July 3, 2025. The case is now pending in this court.

4. This motion arises under 11 USC § 1329 and FRBP 9029. This motion is filed under FRBP 9014 and Local Rules 9013, 9006, 5005, and 9017. The debtors request relief with respect to a post-confirmation modified plan that will allow them to retain tax refunds during the

term of the plan, as the plan and bonus payments will result in 100% payment to creditors.

WHEREFORE, the debtors move the Court for an Order to confirm the plan, as modified, and such other relief as may be just and equitable.

Dated: July 9, 2026

KAIN + HENEHAN

/s/ NATALIA A. KUSHNIR-#0393211
Attorney for Debtors
808 W. St. Germain Street PO Box 1537
Saint Cloud, MN 56302-1537
(612) 438-8006
natalia@kainhenehan.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Douglas A. Knutson
Stephanie J. Knutson,
Debtors.

Case No.: 25-42171
Chapter: 13

---

# MEMORANDUM IN SUPPORT OF DEBTORS' MOTION FOR POST-CONFIRMATION MODIFICATION

---

## FACTS

This Chapter 13 bankruptcy case was filed on July 3, 2025, and confirmed on October 24, 2025. Subsequent to confirmation, the debtors encountered unanticipated expenses, including necessary home and auto repairs and post-petition medical debt. They have stayed current on their plan and mortgage payments, but unfortunately did not have the funds to pay in their tax refunds to the case. A motion to dismiss was filed on June 12, 2026 for failure to pay in the tax refunds for 2025.

Debtors have the ability to continue making payments at $2200.00 per month, in addition to regularly paying in bonuses, through the duration of the plan. Based on the claims filed, their payments will fund the plan in full without having to pay in their tax refunds.

## ARGUMENT

11 USC §1329(a) permits a debtor to, on motion, at any time after confirmation of a plan and before all plan payments have been made to seek an increase or reduction in the amount of payments on claims of a particular class provided for by the plan, or to extend or reduce the time for such payments.

The debtors respectfully request the Court's order modifying their plan to provide that they will be able to retain their tax refunds for the duration of the plan since their creditors will

receive their payments in full. The debtors' son required surgery in early 2026; they also had to make unanticipated repairs to their vehicle and home appliances and relied on their tax refunds to do so. The debtors are current with their Chapter 13 plan payments and have been making the $2200.00 required monthly payment diligently since the beginning of the case. In addition, Mr. Knutson receives significant bonuses at his job (he paid over $17,000.00 in bonus payments in March 2026) and will continue to pay them through the duration of the case. Creditors will be paid in full and the Chapter 13 will complete earlier than anticipated based on the debtors' plan and bonus payments.

For these reasons, the debtors respectfully request the Court to confirm the modified plan, as submitted.

Dated: July 9, 2026

KAIN + HENEHAN

s/ NATALIA A. KUSHNIR-#0393211
Attorney for Debtors
808 W. St. Germain Street PO Box 1537
Saint Cloud, MN 56302-1537
(612) 438-8006
natalia@kainhenehan.com

LOCAL FORM 3015-1
REVISED 09/2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | | |
|---|---|---|---|
| In re: | Knutson, Douglas Alan | Case No. | 25-42171 |
| | Knutson, Stephanie Jean | CHAPTER 13 PLAN | ☑ Modified |
| Debtor. | | Dated | 07/09/2026 |

*In a joint case, "debtor" means "debtors" in this plan.*

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: The debtor must check the appropriate boxes below to indicate whether the plan does or does not include each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 6 or 14 | ☑ Included | ☐ Not Included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 14 | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 15 | ☑ Included | ☐ Not Included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1 As of the date of this plan, the debtor has paid the trustee **$43,626.29** (including balance on hand of **$2,000.00**).

2.2 After the date of this plan, the debtor will pay the trustee: **$107,800.00**.

| Plan payment | Start MM/YYYY | End MM/YYYY | # of payments | Total |
|---|---|---|---|---|
| $2,200.00 | 12 (07/2026) | 60 (07/2030) | 49 | $107,800.00 |
| | | | PART 2.2 SUBTOTAL: | **$107,800.00** |

2.3 The minimum plan length is ☐ 36 months or ☑ 60 months from the date of the initial plan payment unless all allowed unsecured claims are paid in a shorter time.

2.4 The debtor will also pay the trustee ______________________.

2.5 The debtor will pay the trustee a total of **$151,426.29** [lines 2.1 + 2.2 + 2.4].

2.6 If the debtor is required to file a tax return under applicable nonbankruptcy law, the debtor will file with appropriate tax authorities all returns and provide the trustee a copy of each filed return within 14 days of filing. The debtor will treat tax refunds as follows: ***See Part 15**.

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 6 and 7 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or **$15,142.63** [line 2.5 x 0.10]. If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments by the trustee as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (§ 365):** The debtor assumes the following executory contracts or unexpired leases. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 5.

LOCAL FORM 3015-1
REVISED 09/2025

**Part 5. MAINTENANCE OF PAYMENTS AND CURE OF DEFAULT, IF ANY (§ 1322(b)(5)):** The debtor will maintain the current contractual installment payments on the claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be paid directly by the debtor unless otherwise specified below. The trustee will pay the arrearage amount listed in the proof of claim at the interest rate specified below, unless otherwise ordered by the court. The creditors will retain liens. All following entries are estimates, except for interest rate.

| | Creditor | Description of property | Arrears amount (if any) | Interest rate on arrears (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining arrears payments | *+ amount paid to date by trustee (mod. plan only)* | Total trustee arrears payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 5.1 | Midland Mortgage Co | 401 Butternut Lane SE Saint Michael, MN 55376 | $12,495.93 | | 07/26 | $400.00 | 4 | $8,661.33 | $3,834.60 | $12,495.93 |
| | | | | | 11/26 | $507.77 | 1 | | | |
| | | | | | 12/26 | $510.97 | 9 | | | |
| | | | | | 09/27 | $561.09 | 1 | | | |
| | | | | | 10/27 | $754.29 | 2 | | | |
| | | | Current installment payment | | Disbursed by: | | Remaining trustee installment payments | | *+ amount paid to date by trustee (mod. plan only)* | Total trustee installment payments |
| | | | $2394.53 | | ❑ Trustee<br>☑ Debtor | | $0.00 | | $0.00 | $0.00 |
| | | | | | | | | | TOTAL: | **$12,495.93** |

**Part 6. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)):** The trustee will pay the amount set forth in the "Total payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, if the plan has been served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim, unless otherwise ordered by the court. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with Fed. R. Bankr. P. 3012(c) controls over any contrary amount. Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12.

| | Creditor | Est. claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.1 | Wings Credit Union | $31,911.00 | $24,900.00 | 6.24% | ❑ | 08/25 | | | $0.00 | $6,231.23 | $27,232.54 |
| | | | | | | | | | | TOTAL: | **$27,232.54** |

LOCAL FORM 3015-1
REVISED 09/2025

| | Creditor | Est. claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 08/25 | $6,231.23 | 1 | $0.00 | | |
| | | | | | | 09/25 | $0.00 | 10 | | | |
| | | | | | | 07/26 | $650.00 | 4 | $22,296.05 | | |
| | | | | | | 11/26 | $825.12 | 1 | | | |
| | | | | | | 12/26 | $830.32 | 9 | | | |
| | | | | | | 09/27 | $911.78 | 1 | | | |
| | | | | | | 10/27 | $1,225.71 | 1 | | | |
| | | | | | | 11/27 | $1,340.53 | 1 | | | |
| | | | | | | 12/27 | $1,980.00 | 4 | | | |
| | | | | | | | | | | TOTAL: | **$27,232.54** |

**Part 7. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim, unless otherwise ordered by the court, at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12. **All following entries are estimates, except for interest rate.** Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i).

| | Creditor | Est. secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 7.1 | Toyota Financial Services | $12,113.92 | 6.69% | ❑ | 08/25 | | | $0.00 | $4,078.90 | $12,969.12 |
| | | | | | 08/25 | $4,078.90 | 1 | $0.00 | | |
| | | | | | 09/25 | $0.00 | 10 | | | |
| | | | | | 07/26 | $500.00 | 4 | $9,021.81 | | |
| | | | | | 11/26 | $634.71 | 1 | | | |
| | | | | | 12/26 | $638.71 | 10 | | | |
| | | | | | | | | | TOTAL: | **$12,969.12** |

**Part 8. PRIORITY CLAIMS UNDER § 507(a)(2) THROUGH (a)(10):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 8.1 | Internal Revenue Service | $19,707.43 | | Pro-Rata | | $2,302.61 | $17,404.82 | $19,707.43 |
| 8.2 | MN Revenue | $902.16 | | Pro-Rata | | $105.44 | $796.72 | $902.16 |
| | | | | | | | TOTAL: | **$26,609.59** |

LOCAL FORM 3015-1
REVISED 09/2025

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 8.3 | Kain + Henehan LLC | $3,500.00 | 07/26 | | | $0.00 | $3,500.00 | $3,500.00 |
| 8.4 | Kain + Henehan LLC | $1,000.00 | | Pro-Rata | | $0.00 | $1,000.00 | $1,000.00 |
| 8.5 | Kain + Henehan LLC | $1,500.00 | | Pro-Rata | | $1,500.00 | $0.00 | $1,500.00 |
| | | | | | | | TOTAL: | **$26,609.59** |

**Part 9. DOMESTIC SUPPORT OBLIGATION CLAIMS UNDER § 507(a)(1):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

**Part 10. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the classes of unsecured claims specified in Part 11 and Part 12, there shall be separate classes of nonpriority unsecured claims including the following. The trustee will pay the nonpriority amount. listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates, except for interest rate.**

**Part 11. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of allowed nonpriority unsecured claims for which proofs of claim were timely filed the remaining funds received by the trustee and not paid under Parts 3, 5, 6, 7, 8, 9, and 10 on a pro rata basis.
**All following entries are estimates.**

| | |
|---|---|
| Estimated nonpriority unsecured claims held by creditors listed in Parts 6, 7, and 14 | $7,011.00 |
| + Total estimated nonpriority and not separately classified unsecured claims (excludes Parts 6, 7, 10, and 14 unsecured claims) | $59,010.89 |
| = Total estimated nonpriority and not separately classified unsecured claims (excludes Part 10 claims) | $66,021.89 |
| Projected percentage payment to unsecured claims (excludes Part 10 claims) | 85.93% |

| | |
|---|---|
| Estimated remaining payments | |
| *+ amount paid to date by trustee (mod. plan only)* | |
| = TOTAL estimated payments | |

**Part 12. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 5, 6, 7, 8, 9, 10, and 11, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily-filed claims remain subject to objection pursuant to 11 U.S.C. § 502(b)(9).

**Part 13. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under 11 U.S.C §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

**Part 14. LIEN AVOIDANCE:** The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). If the plan has been properly served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan, unless otherwise ordered by the court. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 11 or Part 12, to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the Part 6 or Part 7. *See* 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 3012(b) and 4003(d). *Insert additional tables for each lien.*

**Part 15. NONSTANDARD PROVISIONS:** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in Fed. R. Bankr. P. 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void.

LOCAL FORM 3015-1
REVISED 09/2025

| | |
|---|---|
| 15.1 | **Carlson Part 16**<br>Debtor will pay in net bonus yearly into plan, starting in 2026 (first bonus to be received). Debtor will provide bonus paystub within 10 days of receipt.<br>Pursuant to 11 U.S.C. §1305, a proof of claim may be filed by the Internal Revenue Service (IRS) for taxes that become payable while the case is pending. The trustee shall only pay 11 U.S.C. §1305 claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available.<br>The debtor shall send the Trustee each year during the Chapter 13 Plan, copies of his/her federal and state income tax returns at the time they are filed. |

**SUMMARY OF TOTAL ESTIMATED PAYMENTS:**

| Class of payment | Total payments |
|---|---|
| Payments by trustee [Part 3] | $15,142.63 |
| Maintenance of payments and cure of default, if any [Part 5] | $12,495.93 |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 6] | $27,232.54 |
| Secured claims excluded from § 506 [Part 7] | $12,969.12 |
| Priority claims [Part 8] | $26,609.59 |
| Domestic support obligation claims [Part 9] | $0.00 |
| Separate classes of unsecured claims [Part 10] | $0.00 |
| Timely filed unsecured claims [Part 11] | $56,976.47 |
| TOTAL (must equal line 2.5) | $151,426.29 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 15.

Signed: **s/ Natalia Kushnir**
Natalia Kushnir
Attorney for debtor
Bar Number: 0393211
Kain + Henehan LLC
808 West St Germain St
Saint Cloud, MN 56301
Phone: (612) 438-8006
Email: Natalia@kainhenehan.com

Signed: **s/ Douglas Alan Knutson**
Douglas Alan Knutson
Debtor 1

Signed: **s/ Stephanie Jean Knutson**
Stephanie Jean Knutson
Debtor 2 (if joint case)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

DOUGLAS A KNUTSON
STEPHANIE J KNUTSON

CASE NO: 25-42171

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/9/2026, a copy of the following documents, described below,

Notice of Hearing and Motion, Memorandum in Support of Debtor's Motion for Post-Confirmation Modification, and Modified Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/9/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Natalia Kushnir
Kain + Henehan
808 W. St. Germain Street PO Box 1537
Saint Cloud, MN 56302

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-42171
DISTRICT OF MINNESOTA
THU JUL 9 9-13-29 PST 2026

MIDFIRST BANK
999 NW GRAND BOULEVARD
OKLAHOMA CITY OK 73118-6051

TOYOTA MOTOR CREDIT CORPORATION
7616 CURRELL BLVD SUITE 200
WOODBURY MN 55125-2296

~~EXCLUDE~~

~~MINNEAPOLIS~~
~~301 DIANA E MURPHY US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~

AFFIRM INC
ATTN BANKRUPTCY
30 ISABELLA ST FLOOR 4
PITTSBURGH PA 15212-5862

ALLINA HEALTH
2925 CHICAGO AVE S
MINNEAPOLIS MN 55407-1321

AMSHER COLLECTION SERVICES
4524 SOUTHLAKE PARKWAY SUITE 15
BIRMINGHAM AL 35244-3271

BLAZE CREDIT UNION
ATTN BANKRUPTCY
2 09543 2025 LARPENTEUR AVE W
FALCON HEIGHTS MN 55113

BLAZE CREDIT UNION
ATTN COLLECTIONS
PO BOX 130670
ROSEVILLE MN 55113-0006

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHILDRENS CLINIC NETWORK
PO BOX 860094
MINNEAPOLIS MN 55486-0094

CHILDRENS MINNESOTA
5901 LINCOLN DRIVE
MINNEAPOLIS MN 55436-1611

CREDITOR ADVOCATES INC
DBA CAI SERVICES
PO BOX 1264
PRIOR LAKE MN 55372-0864

DS ERICKSON ASSOCIATES PLLC
7650 EDINBOROUGH WAY SUITE 500
EDINA MN 55435-6005

DANIEL M DUFFEK
BLAZE CREDIT UNION
ATTN COLLECTIONS
PO BOX 130670
ROSEVILLE MN 55113-0006

~~EXCLUDE~~

~~(U)EAR NOSE THROAT SPECIALTY CARE~~
~~6099 WAYZATA BLVD 200~~

EAR NOSE THROAT SPECIALTY CARE
6099 WAYZATA BLVD 200
SAINT LOUIS PARK MN 55416-5538

FINWISE BANK
ATTN BANKRUPTCY
756 EAST WINCHESTER SUITE 100
MURRAY UT 84107-7520

INTERNAL REVENUE SERVICE
GENERAL INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

~~EXCLUDE~~

~~KAIN HENEHAN LLC~~
~~808 WEST ST GERMAIN ST~~
~~SAINT CLOUD MN 56301-3500~~

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDINGRESURGENT CAPITAL
PO BOX 510090
LIVONIA MI 48151-6090

(P)FAIRVIEW HEALTH SERVICES
1700 UNIVERSITY AVE W
6TH FLOOR
SAINT PAUL MN 55104-3727

MN REVENUE
BANKRUPTCY SECTION
PO BOX 64447
SAINT PAUL MN 55164-0447

MIDFIRST BANK
CO MIDFIRST BANK
999 NW GRAND BOULEVARD
OKLAHOMA CITY OK 73118-6051

MIDLAND MORTGAGE CO
ATTN CUSTOMER SERVICEBANKRUPTCY
PO BOX 26648
OKLAHOMA CITY OK 73126-0648

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

STEWART ZLIMEN JUNGERS
2860 PATTON ROAD
ROSEVILLE MN 55113-1100

SYNCBHOME
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONYASHLEY FURNITURE HOMESTORE
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

THORSEN BREIDINGER NOVAK PA
2425 MARGARET STREET NORTH
NORTH ST PAUL MN 55109-3019

THORSEN BREIDINGER NOVAK PA
2425 MARGARET STREET N
SAINT MICHAEL MN 55376

TOWN CENTER DENTAL CARE
654 CENTRAL AVE E
SAINT MICHAEL MN 55376-9632

TOYOTA FINANCIAL SERVICES
ATTN BANKRUPTCY
PO BOX 259001
PLANO TX 75025-9001

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

(P)US DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT RV
477 MICHIGAN AVE 1600
DETROT MI 48226-2564

~~EXCLUDE~~
~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

UPSTART FINANCE
ATTN BANKRUPTCY
PO BOX 1503
SAN CARLOS CA 94070-7503

UPSTART NETWORK INC
CO PERITUS PORTFOLIO SERVICES II LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

US BK CACS
CB DISPUTES
SAINT LOUIS MO 63166

WINGS CREDIT UNION
ATTN BANKRUPTCY
14985 GLAZIER AVENUE
APPLE VALUE MN 55124-6539

WINGS FINANCIAL CREDIT UNION
14985 GLAZIER AVENUE SUITE 100
APPLE VALLEY MN 55124-6539

DEBTOR
DOUGLAS ALAN KNUTSON
401 BUTTERNUT LANE SE
SAINT MICHAEL MN 55376-9709

~~EXCLUDE~~
~~KYLE CARLSON~~
~~CHAPTER 13 TRUSTEE~~
~~PO BOX 519~~
~~BARNESVILLE MN 56514-0519~~

~~EXCLUDE~~
~~NATALIA A KUSHNIR~~
~~KAIN HENEHAN~~
~~808 WEST ST GERMAIN STREET~~
~~PO BOX 1537~~
~~ST CLOUD MN 56302-1537~~

~~EXCLUDE~~
~~STEPHANIE JEAN KNUTSON~~
~~401 BUTTERNUT LANE SE~~
~~SAINT MICHAEL MN 55376-9709~~